UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>  Plaintiff,<br><br>  v.<br><br>HERITAGE MANAGEMENT SERVICES, INC.,<br><br>  Defendant. | Case No.  14-cv-04840-JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

On July 16, 2015, Defendant filed a motion to set aside Plaintiff's voluntary dismissal of this action. On July 17, 2015, the matter was reassigned to the undersigned. Defendant has not yet re-noticed its motion, in accordance with the reassignment Order. (*See* Docket No. 17.) Accordingly, it is HEREBY ORDERED that the Court shall hear the motion on Friday, September 4, 2015 at 9:00 a.m. Plaintiff's opposition to the motion shall be due by August 7, 2015, and Defendant's reply shall be due by August 14, 2015. If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. Because the Court has not yet determined whether this closed case should be reinstated, it VACATES the case management conference scheduled for September 25, 2015. The Court shall reschedule the case management conference, if necessary, when it resolves Defendant's motion.

**IT IS SO ORDERED.**

Dated: July 29, 2015

JEFFREY S. WHITE
United States District Judge