| | |
|---|---|
| 1 | Douglas J. Melton, Bar No. 161353 |
|   | Shane M. Cahill, Bar No. 227972 |
| 2 | LONG & LEVIT LLP |
|   | 465 California Street, 5th Floor |
| 3 | San Francisco, California  94104 |
|   | Telephone:    (415) 397-2222 |
| 4 | dmelton@longlevit.com |
|   | scahill@longlevit.com |
| 5 | |
|   | Bradley J. Shafer, MI Bar No. P36604* |
| 6 | Matthew J. Hoffer, MI Bar No. P70495* |
|   | SHAFER & ASSOCIATES P.C. |
| 7 | 3800 Capital City  Boulevard, Suite 2 |
|   | Lansing, Michigan  48906 |
| 8 | Telephone:    (517) 886-6560 |
|   | Brad@bradshaferlaw.com |
| 9 | Matt@bradshaferlaw.com |
|   | *pending admission |
| 10 | |
|   | Attorneys for Defendant |
| 11 | HERITAGE MANAGEMENT SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE ROE, on behalf of herself and all others similarly situated, | Case No.  3:14-cv-04840 JSW |
| Plaintiff, | **DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO SET ASIDE VOLUNTARY DISMISSAL [Dkt. Nos. 12-15]**   AND ORDER THEREON |
| v. | |
| HERITAGE MANAGEMENT, INC., and DOES 1-200, | Date:      Sept. 4, 2015 |
|   | Time:      9:00 a.m. |
| Defendant. | Courtroom: 5 |
|   | Judge:     Judge Jeffrey S. White |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant Heritage Management, Inc., withdraws its Motion to Set Aside Voluntary Dismissal [Dkt. Nos. 12-15] and respectfully requests that the Court vacate the hearing and briefing schedule regarding this motion.  The parties have entered a stipulation under which Defendant has agreed to withdraw this motion and hereby does so in

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

DOCS\S0301-236\768738.1

NOTICE OF WITHDRAWAL OF MOTION
TO SET ASIDE DISMISSAL
CASE NO. 3:14-CV-04840 LB

1  compliance with said stipulation.

2

3  Dated: August 7, 2015                           LONG & LEVIT LLP

4

5                                                  By: /s/ Douglas J. Melton
                                                        DOUGLAS J. MELTON
6                                                       SHANE M. CAHILL
                                                        Attorneys for Defendant
7                                                       HERITAGE MANAGEMENT
                                                        SERVICES, INC.
8

9
   Pursuant to Defendant's agreement to withdraw the motion, the Court VACATES the briefing
10 schedule and hearing date.
   August 10, 2015
11

12

13                                     IT IS SO ORDERED
                                       /s/ Jeffrey S. White
14                                     Judge Jeffrey S. White

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-236\768738.1                - 2 -                NOTICE OF WITHDRAWAL OF MOTION
                                                            TO SET ASIDE DISMISSAL
                                                            CASE NO. 3:14-CV-04840 LB